IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02001-MSK-MJW

JONATHAN J. MOBLEY, a minor, by and through his parents and next friends,
TERRY MOBLEY and CHERYL MOBLEY,

        Plaintiffs,

v.

ELITCH GARDENS, L.P., a Colorado Limited Partnership, doing business under the trade name of SIX FLAGS ELITCH GARDENS;
JOHN DOES I, II AND III, agents and security employees of Elitch Gardens, L.P.;
SGT. RYAN KASPERSEN #91062, in his private capacity, both individually and as an agent of Elitch Gardens, L.P. and in his official capacity as an officer, employee and agent of the Denver Police Department;
UNKNOWN JOHN DOE SUPERVISORS I-IV of the Denver Police Department;
UNKNOWN JOHN DOE TRIANING PERSONNEL I-IV of the Denver Police Department;
GERALD R. WHITMAN, Chief of Police of the City and County of Denver, Colorado; and
CITY AND COUNTY OF DENVER, COLORADO,

        Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

        IT IS ORDERED that, as to any exhibits and depositions to be used during this case, counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days after any judgment is entered or closure of the case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. Failure to retrieve exhibits and depositions in conformance with this Order may result in their destruction.

        DATED this 3rd day of October, 2007.

                                    **BY THE COURT:**

*Marcia S. Krieger*
Marcia S. Krieger
United States District Judge