IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02001-MSK-MJW

JONATHAN J. MOBLEY, a minor, by and through his parents and next friends,
TERRY MOBLEY and CHERYL MOBLEY,

      Plaintiffs,

v.

ELITCH GARDENS, L.P., a Colorado Limited Partnership, doing business under the trade name of SIX FLAGS ELITCH GARDENS;
JOHN DOES I, II AND III, agents and security employees of Elitch Gardens, L.P.;
SGT. RYAN KASPERSEN #91062, in his private capacity, both individually and as an agent of Elitch Gardens, L.P. and in his official capacity as an officer, employee and agent of the Denver Police Department;
UNKNOWN JOHN DOE SUPERVISORS I-IV of the Denver Police Department;
UNKNOWN JOHN DOE TRIANING PERSONNEL I-IV of the Denver Police Department;
GERALD R. WHITMAN, Chief of Police of the City and County of Denver, Colorado; and
CITY AND COUNTY OF DENVER, COLORADO,

      Defendants.
_____

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

**THIS MATTER** having come before the Court on the parties' Stipulation for Dismissal with Prejudice, and the Court having reviewed the Stipulation, does hereby **GRANT** the Stipulation for Dismissal with Prejudice. The Defendants, **SGT. RYAN KASPERSEN** #91062, in his private capacity, both individually and as an agent of Elitch Gardens, L.P., and in his official capacity as an officer, employee and agent of the Denver Police Department; **GERALD R. WHITMAN**, Chief of Police of the City and County of Denver, Colorado; and the **CITY AND COUNTY OF DENVER, COLORADO** are dismissed from this action with prejudice, each party to pay their own costs and attorney fees.

**IT IS FURTHER ORDERED THAT** the remaining claims for relief be remanded to the District Court for the City and County of Denver from which the case was removed.

**DONE AND ORDERED** this 28th day of November, 2007.

BY THE COURT:

Marcia S. Krieger
United States District Judge